## STATEMENT OF FACTS

On XXXX XX XXXX, your Affiant – a member of the Metropolitan Police Department (MPD) – was dispatched to the XXXX XXXXX XX XXXXXXX XXXX XX for a report of an unconscious male on the sidewalk.

Upon arrival, your Affiant observed an individual, later identified as ANDRE FOSTER, lying unconscious on the ground as EMT personnel from DC Fire and EMS rendered aid. As EMT personnel continued to assist FOSTER, he regained consciousness, and your Affiant observed a firearm protruding from FOSTER's right-side jacket pocket.



*Figure 1: Screenshot from an officer's body worn camera. The firearm is circled in red.*



*Figure 2: Screenshot from an officer's body worn camera. The firearm is circled in red.*



*Figure 3: Screenshot from an officer's body worn camera showing recovered firearm.*

      Your Affiant then seized the firearm and detained FOSTER, who was subsequently placed under arrest once additional MPD officers arrived at the scene. The firearm recovered is a black, Glock model 19, 9mm handgun, bearing serial number BKVE124. The firearm was loaded with a 17-round extended magazine, loaded with 14 rounds of ammunition. Additionally, the firearm had one round in the chamber and was modified with a "Giggle switch" attached to the rear slide of the firearm. Your Affiant understands that a "Giggle switch" is designed to change a semi-

2

automatic pistol into a fully automatic firearm. The firearm appeared to be fully functional. There are no firearm or ammunition manufacturers in the District of Columbia. Accordingly, the firearm and ammunition would have traveled in foreign or interstate commerce to come into the District of Columbia.

A criminal records check revealed that FOSTER was previously convicted of XXXX XXXX XXXXXX in District of Columbia Superior Court Case number XXXX XXXX XXXX, which is an offense punishable by more than one year incarceration. FOSTER was sentenced to three to nine years in connection with this conviction. Additionally, FOSTER was previously convicted in XXXX of XXXX XXXX XXXX in Maryland District Court Case number XXXXXXX, for which FOSTER was sentenced to XXXXX, all of which was suspended. FOSTER therefore would have known that he had previously been convicted of an offense punishable by a term of imprisonment of more than one year at the time of his arrest for the instant matter.

Based on the foregoing, I submit that there is probable cause to believe that ANDRE FOSTER violated 18 U.S.C. § 922(g)(1), which makes it a crime for any person who has been convicted of a crime punishable by imprisonment for a term exceeding one year to possess any firearm or ammunition that has been shipped or transported in interstate or foreign commerce.

_____
OFFICER MARSHELLE DEANS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 2nd day of May, 2025.*

_____
HONORABLE MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE